379 A.2d 596

Commonwealth v. Lengle, Appellant.

Submitted June 28, 1976.   Frederick S. Wolf, and Beaver,

Wolf & Harlan, for appellant;  Thomas S. Long, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.